238

DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR, et al., American Lung Association of Philadelphia, and Montgomery County, Delchester Lung Association, Sierra Club, Pennsylvania Chapter Friends of the Earth of the Delaware Valley, Citizens' Committee for Environmental Control, Quinn, Kevin, Farrell, Kaysi, Weiss, Ruth G., Klinkner, John, Biez, Elizabeth S., Shulman, Mona

v.

COMMONWEALTH OF PA., & Train, Russell E., Ind., & as Administrator of the Environmental Protection Agency, et al., Sherlock, William T., Individually and as Secretary of the PA Dept. of Transportation, Goddard, Maurice K., Individually and as Secretary of the Pa. Dept. of Environmental Resources, Snyder, Daniel J., III, Individually and as Regional Administrator of the Environmental Protection Agency, Region III.

UNITED STATES of America

v.

COMMONWEALTH OF PENNSYLVANIA; the Pennsylvania Department of Transportation and William T. Sherlock, Secretary of the Pennsylvania Department of Transportation; the Pennsylvania Department of Environmental Resources and Maurice K. Goddard, Secretary of the Pennsylvania Department of Environmental Resource Commonwealth of Pennsylvania, Secretary of Pennsylvania Department of Transportation and Secretary of Pennsylvania Department of Environmental Resources, Appellants in No. 84–1179.

Appeal of DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR, in No. 84–1208.

Nos. 84–1179, 84–1208.

United States Court of Appeals, Third Circuit.

* Honorable Herbert J. Stern, United States District Judge for the District of New Jersey, sitting by designation.

Originally Argued Dec. 6, 1984.

Submitted on Remand From the United States Supreme Court Under Third Circuit Rule 12(6) Aug. 7, 1987.

Decided Aug. 20, 1987.

Argued Dec. 6, 1984.

Before ALDISERT, BECKER, Circuit Judges, and STERN, District Judge.*

Submitted on Remand Aug. 7, 1987.

Before GIBBONS, Chief Judge, and BECKER and ALDISERT, Circuit Judges.

OPINION ON REMAND FROM THE SUPREME COURT

PER CURIAM.

This appeal is from a judgment of the district court, 581 F.Supp. 1412, awarding attorneys fees and costs to the Delaware Valley Citizens' Council for Clean Air (DVCCCA) pursuant to the attorneys fees provision of § 304(d) of the Clean Air Act, 42 U.S.C. § 7604(d). This Court affirmed, 762 F.2d 272 (3d Cir.1985), and judgment was entered on May 14, 1985. Following the grant of certiorari, the Supreme Court heard argument on March 3, 1986, and issued an opinion on July 2, 1986. In the accompanying judgment, our judgment was affirmed in part and reversed in part and the case remanded for further proceedings in conformity with the Supreme Court's opinion. *See* —— U.S. ——, 106 S.Ct. 3088, 92 L.Ed.2d 439 (1986).[1]

However, the Supreme Court reserved for consideration the propriety of the contingency multiplier. The Court heard reargument on October 15, 1986, and issued a further opinion and judgment on June 26,

1. The reversal pertained only to the quality multiplier. The Supreme Court thus left intact significant portions of the fee award, *see* 581 F.Supp. 1412 (E.D.Pa.1984), 762 F.2d 272 (3d Cir.1985).

1987, —— U.S. ——, 107 S.Ct. 3078, 97 L.Ed.2d 585 (1987), whereby the judgment affirming the enhancement of fee award for contingency of success was reversed, and that aspect of the case remanded to us for further proceedings in conformity with the opinion of the Supreme Court.

In consideration of the foregoing we will enter an order that the judgment of the district court for attorneys fees and costs in favor of DVCCCA be vacated and the case be remanded for further proceedings consistent with the opinions and the judgments of the Supreme Court and with the opinion and judgment of this Court insofar as it was left undisturbed by the opinions and judgments of the Supreme Court.